NOEL ARTHUR SHARP AND MAYBELLE MAGIN SHARP *v.* HUI WAHINE, INC., A HAWAII CORPORATION, LORETTA E. HULEN, NANCY H. LUM, EUREKA B. FORBES, FRANCES M. THOMPSON, MARY K. ROBINSON, ELSIE K. CROWELL AND BLANCHE E. BENT.

No. 4425.

MAY 10, 1966.

CASSIDY,* WIRTZ, LEWIS AND MIZUHA, JJ., AND
CIRCUIT JUDGE KITAOKA ASSIGNED BY
REASON OF VACANCY.

*Per Curiam.* The petition for rehearing in the above-entitled cause is denied without argument.

*Louis B. Blissard* (*Blissard & Conklin* of counsel) for the petition.

---

\* Acting chief justice when this case was submitted.